UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Alberto Cardoza, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 13cv11026GAO |
| Superintendent MCI Norfolk, | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

June 16, 2016

O'Toole, D.J.

Pursuant to the court's Order issued on June 16, 2016 [#41] GRANTING Respondent Superintendent MCI Norfolk , Motion to Dismiss Petition for Writ of Habeas Corpus [#20] , this case is hereby dismissed without prejudice and CLOSED .

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge